RECEIVED

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

2012 SEP 25 P 1: 24

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Christian Tilluma | )<br>)<br>)<br>)<br>)<br>) |
| _Plaintiff(s)_ | ) |
| v. | )<br>) Civil Action No. 1:12 CV 1078 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | )<br>)<br>) |
| _Defendant(s)_ | )<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  LIFE INSURANCE COMPANY OF NORTH AMERICA
 SERVE: CT CORPORATION SYSTEM
 REGISTERED AGENT
 4701 COX ROAD, SUITE 301
 GLEN ALLEN, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ricard D. Carter, Esq.
 CARTER & COLEMAN, PLC
 602 CAMERON STREET
 ALEXANDRIA, VA 22314
 (703) 739-4200
 RCarter@CarterColeman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____                    _____
                                                  _Signature of Clerk or Deputy Clerk_